In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

2015 MAY 18 PM 1:42

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

MOTION FOR ACTION FOR BILL OF REVIEW BSI MORTGAGE STATEMENT TO MODIFY AGREEMENT FOR FINAL DIVORCE SIGNED OCT 30, 2013 SET ASIDE DIVORCE DECREE TO FILE A DIVORCE DECREE WITH CORRECT INFORMATION NOT FRAUD

TO THE HONARABLE JUSTICES OF THE FOURTH COURT OF APPEAL

Appellant Maryann Castro prays for Justice Appellant Maryann Castro was wronged and Appellee Manuel Castro Conspired to commit fraud to harm Appellant Maryann Castro.

Appellee Manuel Castro owes the mortgage, taxes, insurance Appellee Manuel Castro was not paying the home mortgage but yet attempted to over value Community at 125,000 and was willing to conspire to commit fraud and attempted to Collect 40,000 in fraud equity against the Community he abandoned and did not make any mortgage payments. Appellant Maryann Castro has suffered and prays for Justice and the Relief she is entitled to. Texas family code 7.009 house bill 908 was enacted in 2011 during legislative session a new section 7.009 entitled fraud on the Community Division and Disposition of reconstituted Estate this is needed in this case for Justice Appellee Manuel Castro Committed fraud on the Community to harm Appellant Maryann Castro and 3rd party nonspouse Mistress Christina Pacheco was involved in harming Appellant Maryann Castro the Spouse of Appellee Manuel Castro 29 years .Appellant Maryann Castro prays for Justice and relief. Upon marriage,  a fiduciary duty arises 846(Tex.App-Texarkana 1996,writ denied)between spouses.Accordingly,in Marsh v. And marriage ended when Counsel Joseph Appelt enforce the Agreement for Final Divorce knowing Appellant Maryann Castro was challenging the Agreement for fraud Judge Nellermoc signed off on it with Prejudice against Appellant Maryann Castro who was there in Civil Court her right was not given to be heard in Nov 2014 Appellant Maryann Castro had an appointment to be there too in CIVIL Court to stop the fraud and misconduct of Counsel Joseph Appelt who was harming Appellant Maryann Castro. Counsel Joseph Appelt Committed a legal malpractice process his client divorce while in active bankruptcy Oct 30,2013 he has been reported to the State Bar.

Appellant Maryann Castro pro-se *Maryann Castro* prays for justice

Respectfully

1501 Olive

Jourdanton Texas 78026

830-406-0133 pacattitude2014@gmail,com

Filed 5/18/15